## McGrann Shea Carnival Straughn & Lamb, Chartered
ATTORNEYS AT LAW

WILLIAM R. McGRANN
DOUGLAS M. CARNIVAL
ROBERT O. STRAUGHN
PETER L. COOPER
KATHLEEN M. LAMB
JOHN R. SCHULZ
COREY J. AYLING
SCOTT B. CROSSMAN
CARLA J. PEDERSEN
KATHLEEN MICHAELA BRENNAN
JOSEPH T. BAGNOLI
JENNIFER A. JAMESON
ROGER J. STELLJES
JEFFREY C. URBAN
TIMOTHY J. NOLAN
CARL S. WOSMEK

U.S. BANCORP CENTER
800 NICOLLET MALL
SUITE 2600
MINNEAPOLIS, MINNESOTA
55402-7035

TELEPHONE (612) 338-2525
FACSIMILE (612) 339-2386

www.mcgrannshea.com

AMY L. COURT
ALBERT E. LI
CHRISTINE L. MENNEN
EMILY J. PIPER
MICHAEL P. ELDRIDGE
JASON H. THOMAS
JOELLE M. LESTER

OF COUNSEL
ANDREW J. SHEA

January 20, 2010

**VIA ELECTRONIC FILING**

The Honorable Michael J. Davis
Attn: Kristine Wegner
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re: Operating Engineers Local #49 Health and Welfare Fund, et al v. Premier Turf and Irrigation, LLC
Court File No.: 09-CV-0228 (MJD/JJK)
Hearing Date: January 22, 2010
Our File No.: 62230-0051

Dear Ms. Wegner:

The Plaintiffs in the above-entitled matter hereby withdraw their Motion for Entry of Judgment filed on November 16, 2009 which is identified by the Court as Docket No. 12. The Plaintiffs will file a Notice of Dismissal under separate cover at a later date.

The Defendant is being notified of the withdrawal by copy of this letter. Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Amy L. Court

Enclosures
cc: Premier Turf & Irrigation, LLC (w/ encl.) (via U.S. Mail)
Wilson-McShane Corporation (w/o encl.) (via U.S. Mail)

416547.DOC